JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOHERTY,<br><br>   Plaintiff,<br><br>  v.<br><br>MACARTHUR GROUP, INC., et al.,<br><br>   Defendants. | Case No. 8:22-cv-01402-DOC-KES<br><br>**JUDGMENT**<br><br>Judge: Hon. David O. Carter |

  This matter having come for trial before the Court sitting without a jury, the Honorable David O. Carter, United States District Judge, presiding; and the issues having been tried and the decision and written findings of fact and conclusions of law having been rendered,

  IT IS ORDERED AND ADJUDGED:

1. On Plaintiff's Promissory Estoppel Claim, Judgment is entered in favor of Defendants and against Plaintiff.
2. On Plaintiff's Unjust Enrichment Claim, Judgment is entered in favor of

Plaintiff and against Defendants jointly and severally as follows:

A. Restitution for services rendered in the amount of $126,000

B. Pre-judgment interest of 10% per annum on the total restitution amount from the end of Plaintiff's work on November 30, 2021, until the date of judgment:

    a. 10% yearly interest on $126,000 equates to $34.52 in interest per day

    b. $34.52 multiplied by 1,168 days is $40,319.36

    c. $126,000 plus $40,319.36 is $166,319.36

For a total judgment of $166,319.36.

**IT IS SO ORDERED.**

Dated: February 10, 2025

*David O. Carter*

———————————————
Hon. David O. Carter